UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CR-00070-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER GOVERNMENT'S MOTION |
| | ) | TO CORRECT JUDGMENT AND PSR |
| | ) | UNDER RULE 36 |
| JESUS ESCAMILLA | ) | |

Upon motion of the United States, it is hereby ORDERED, that the Judgment and PSR be modified to reflect the USM Number 13271-506

This the 23 day of January, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE